IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C04-00277 CRB |
| Plaintiff, | **ORDER RE FOIA REQUEST** |
| v. | |
| EDMUND BURCH, | |
| Defendant. | |

The Court is in receipt of a filing by Defendant Edmund Burch, entitled "Freedom of Information Act Request," in which Defendant seeks "any and all investigative reports, files, documents, statements, confidential informant(s), confidential source(s) filed against me," as well as a receipt. See Request (dkt. 47). The Court is not in a position to fulfill Defendant's Request, and instead directs Defendant to the United States Department of Justice web page. See Make a FOIA Request to the DOJ, http://www.justics.gov/oip/make-foia-request-doj#1 (last visited March 24, 2015).

**IT IS SO ORDERED.**

Dated: March 25, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE